IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MINUTE SHEET

**UNITED STATES OF AMERICA**                    Date:    April 4, 2017

vs.                                             Case No.: 13-4051-13-CR-C-BCW

**Bobby Lynn Edwards**

---

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:**   Sentencing

**Time Commenced: 1:05 pm**                     **Time Terminated: 1:48 pm**

APPEARANCES

**Plaintiff's counsel:** Jim Lynn, AUSA
**Defendant's counsel:** Stephanie Burton, CJA
**Probation officer:** Sam Casey
**Witnesses:**   LaTanya Edwards
                 Pastor Ronald Lindsey

---

| Time | |
|---|---|
| 1:05 pm | **PROCEEDINGS IN COURTROOM:**  Above parties present.  Court accepts plea of guilty and adjudication of guilt.  There are objections to the Presentence Report and Court adopts P.S.I.R. without change.  Court asserts statutory guidelines.  Government's counsel makes sentence recommendations. |
| 1:14 pm | Defendant calls witness LaTanya Edwards, witness sworn, testimony given. |
| 1:18 pm | No cross by Government. |
| 1:18 pm | Defendant calls witness Pastor Ronald Lindsey, witness sworn, testimony given. |
| 1:22 pm | Defense counsel makes sentence recommendations.  Defendant accorded allocution. |
| 1:43 pm | **SENTENCE:** Defendant sentenced to 5 years probation on Count 18 of the third superseding indictment with mandatory, standard and special conditions along with newly added special condition of 100 hours community service.  FINE: waived; MSA: $100.  Dft advised of right to appeal.  Remaining counts dismissed by motion of the Government. |

---

**Court Reporter:** Denise Halasey
**Courtroom Deputy:** T. Lock